

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| NATALIE ROCHELL PERKINS,<br>    Plaintiff,<br>v.<br>NAVISTAR INTERNATIONAL CORPORATION,<br>    Defendant, and<br>NAVISTAR INC FKA INTERNATIONAL TRUCK AND ENGINE CORPORATION,<br>    Defendant, and<br>IC BUS OF OKLAHOMA LLC FKA AMERICAN TRANSPORTATION OF OKLAHOMA LLC,<br>    Defendant. | No. CJ-2013-2426<br>(Civil relief more than $10,000: DISCRIMINATION)<br><br>Filed: 05/17/2013<br><br>Judge: Chappelle, Carlos |

### Parties

IC BUS OF OKLAHOMA LLC , Defendant
NAVISTAR INC , Defendant
NAVISTAR INTERNATIONAL CORPORATION , Defendant
PERKINS, NATALIE ROCHELL , Plaintiff

### Attorneys

| Attorney | Represented Parties |
|---|---|
| GARRETT, AMBER PECKIO(Bar # 19908)<br>GARRETT LAW CENTER<br>P O BOX 1349<br>TULSA, OK 74101 | PERKINS, NATALIE ROCHELL |

### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

### Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: DISCRIMINATION (DISCRIM)
Filed by: PERKINS, NATALIE ROCHELL
Filed Date: 05/17/2013

| Party Name: | Disposition Information: |
|---|---|
| **Defendant:** NAVISTAR INTERNATIONAL CORPORATION | Pending. |
| **Defendant:** NAVISTAR INC | Pending. |
| **Defendant:** IC BUS OF OKLAHOMA LLC | Pending. |

### Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 05-17-2013 | TEXT | 1 | | 85499734 | May 17 2013 4:38:30:470PM | - | $ 0.00 |

# EXHIBIT 1

http://www.oscn.net/applications/oscn/GetCaseInformation.asp?number=cj-13-2426&db=Tulsa&submitted=true    6/12/2013

CIVIL RELIEF MORE THAN $10,000 INITIAL FILING.

| Date | Code | | Number | Time | Status | Amount |
|---|---|---|---|---|---|---|
| 05-17-2013 | DISCRIM - DISCRIMINATION | | 85499736 | May 17 2013 4:38:30:510PM | Realized | $ 0.00 |
| 05-17-2013 | DMFE - DISPUTE MEDIATION FEE($ 2.00) | | 85499737 | May 17 2013 4:38:30:530PM | Realized | $ 2.00 |
| 05-17-2013 | PFE1 - PETITION($ 163.00) [Document Available (#1021640073)] | | 85499738 | May 17 2013 4:58:38:267PM | Realized | $ 163.00 |
| 05-17-2013 | PFE7 - LAW LIBRARY FEE($ 6.00) | | 85499739 | May 17 2013 4:38:30:530PM | Realized | $ 6.00 |
| 05-17-2013 | OCISR - OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | 85499740 | May 17 2013 4:38:30:530PM | Realized | $ 25.00 |
| 05-17-2013 | CCADMIN02 - COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | 85499741 | May 17 2013 4:38:30:530PM | Realized | $ 0.20 |
| 05-17-2013 | OCJC - OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | 85499742 | May 17 2013 4:38:30:530PM | Realized | $ 2.00 |
| 05-17-2013 | OCASA - OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | 85499743 | May 17 2013 4:38:30:530PM | Realized | $ 5.00 |
| 05-17-2013 | CCADMIN04 - COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | 85499744 | May 17 2013 4:38:30:530PM | Realized | $ 0.50 |
| 05-17-2013 | LTF - LENGTHY TRIAL FUND($ 10.00) | | 85499745 | May 17 2013 4:38:30:640PM | Realized | $ 10.00 |
| 05-17-2013 | SMF - SUMMONS FEE (CLERKS FEE) 3($ 15.00) | | 85499746 | May 17 2013 4:39:28:990PM | Realized | $ 15.00 |
| 05-17-2013 | SMIP - SUMMONS ISSUED - PRIVATE PROCESS SERVER | | 85499747 | May 17 2013 4:38:30:720PM | Realized | $ 0.00 |
| 05-17-2013 | TEXT - OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CHAPPELLE, CARLOS TO THIS CASE. | | 85499735 | May 17 2013 4:38:30:490PM | - | $ 0.00 |
| 05-17-2013 | ACCOUNT - | | 85499795 | May 17 2013 4:40:16:890PM | - | $ 0.00 |

RECEIPT # 2013-2603394 ON 05/17/2013.
PAYOR:GARRETT TOTAL AMOUNT PAID: $228.70.
LINE ITEMS:
CJ-2013-2426: $178.00 ON AC01 CLERK FEES.
CJ-2013-2426: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2013-2426: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2013-2426: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2013-2426: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2013-2426: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2013-2426: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2013-2426: $10.00 ON AC81 LENGTHY TRIAL FUND.

Report Generated by The Oklahoma Court Information System at June 12, 2013 11:09 AM

End of Transmission.