## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATALIE ROCHELL PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAVISTAR INTERNATIONAL | ) | Case No. 13-CV-356-GKF-PJC |
| CORPORATION; NAVISTAR, INC., f/k/a | ) | |
| INTERNATIONAL TRUCK ENGINE | ) | |
| CORPORATION; and IC BUS OF OKLAHOMA, | ) | |
| LLC, f/k/a AMERICAN TRANSPORTATION OF | ) | |
| OKLAHOMA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the court's order of April 2, 2015 [Dkt. #60], it is ordered that the plaintiff

Natalie Rochell Perkins recover nothing, the action be dismissed, and the defendants Navistar

International Corporation; Navistar, Inc., f/k/a International Truck Engine Corporation; and IC

Bus of Oklahoma, LLC, f/k/a American Transportation of Oklahoma, LLC, recover costs of the

action from the plaintiff Natalie Rochell Perkins.

IT IS SO ORDERED this 2nd day of April, 2015.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT